IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

**ANITRA COOPER**                                                                                           **PLAINTIFF**

**VS.**                                                **CIVIL ACTION NO. 3:08-cv-355-WHB-LRA**

**MISSISSIPPI DEPARTMENT OF EDUCATION**                          **DEFENDANT**

## ORDER OF DISMISSAL

On April 13, 2009, United States Magistrate Judge Linda R. Anderson entered an Order by which Michael Brown was allowed to withdraw as counsel for Plaintiff, and Plaintiff was granted thirty days within which to either (1) notify the Clerk of Court, in writing, that she would represent herself in this litigation, or (2) employ private counsel and have that counsel enter a Notice of Appearance in this case. Plaintiff was specifically notified that a failure to comply with the Order within the prescribed thirty-day period could result in the dismissal of her lawsuit.

To date, Plaintiff has not informed the Clerk of Court that she would be representing herself in this lawsuit, and no other attorney has entered an appearance on her behalf. As Plaintiff has failed to comply with Judge Anderson's April 13, 2009, Order, the Court finds that this lawsuit should be dismissed without prejudice in accordance with that Order.

For the foregoing reasons:

IT IS THEREFORE ORDERED that this case is dismissed without prejudice to the parties.

IT IS FURTHER ORDERED that the Clerk of Court is directed to place a copy of this Order in the United States Mail addressed to the following:

>  Anitra Cooper
>  193 Riviera Drive
>  Jackson, MS 39211

SO ORDERED this the 22nd day of July, 2009.

s/ William H. Barbour, Jr.
UNITED STATES DISTRICT JUDGE